IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 4 2012

JULIA ............, CLERK
BY: _____
DEPUTY CLERK

MICHAEL RAY THORNTON,       )
                            )     Criminal Action No. 7:05-CR-00029
            Petitioner      )
                            )     **ORDER**
v.                          )
                            )
UNITED STATES OF AMERICA,   )     By: Hon. James C. Turk
                            )     Senior United States District Judge
            Respondent      )

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED**

and **ADJUDGED** that Respondent's Motion to Dismiss is **GRANTED**; the above referenced

motion pursuant to 28 U.S.C. § 2255 is **DISMISSED**; and this action shall be **STRICKEN** from

the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying

Memorandum Opinion to Petitioner and to counsel for the United States.

**ENTER:** This 4th day of September, 2012.

_James C. Turk_
Senior United States District Judge